1 | MELINDA HAAG (CABN 132612)
United States Attorney

2 | J. DOUGLAS WILSON (DCBN 412811)

3 | Chief, Criminal Division

4 | TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

5 |

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5054

7 | FAX: (408) 535-5066
timothy.lucey@usdoj.gov

8 |

Attorneys for United States of America

9 |

**FILED**

MAY 23 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA,    ) Case No.: CR 14-70298 PSG
                                )
14 |        Plaintiff,            ) STIPULATION AND [~~PROPOSED~~] ORDER
                                )
15 |   v.                        )
                                ) [UNDER SEAL]
16 | KISHORE PALLAPOTHU,          )
                                )
17 |        Defendant.            )
   _____ )

18 |

19 |        Defendant Kishore Pallapothu has been charged with a violation of 18 U.S.C. § 1505,

20 | Obstruction of Justice, and has been released on terms and conditions including an appearance bond and

21 | supervision by Pretrial Services.

22 |        This matter is scheduled to come before the Court for preliminary hearing or arraignment on

23 | indictment on Wednesday, May 28, 2014.

24 |        Since the last calling of the case, the parties have started the discovery process and the

25 | government intends to provide a substantial amount of discovery in the form of electronic documents in

26 | June 2014.  Additional time is required to receive, review and analyze the to-be-provided discovery.

27 | The parties also intend to discuss a possible disposition of this matter short of indictment and such

28 | disposition may include cooperation.

STIPULATION AND [~~PROPOSED~~] ORDER
CR 14-70298 PSG                           1

1    Additionally, counsel for the government and defense counsel have availability issues in July and

2  August 2014 that affect the setting of the next calling of this case. AUSA Tim Lucey is scheduled to be

3  in trial in this district front of the Honorable Charles R. Breyer, beginning with jury selection, on July 8,

4  2014. The jury trial is scheduled to continue into mid to late August 2014. Defense counsel, Edwin

5  Prather, is scheduled to be out of state for the majority of the month of August 2014 on pre-planned and

6  pre-paid for travel.

7    Accordingly, the parties mutually agree and hereby stipulate that a short continuance of this

8  matter from May 28, 2014, until September 4, 2014, is necessary for effective preparation of counsel

9  and for continuity of counsel. The parties further agree and stipulate that the time from May 28, 2014,

10  through and including September 4, 2014, may be excluded from the computation of time within which

11  an information or indictment shall be filed under the Speedy Trial Act, in order to ensure the reasonable

12  time necessary for effective preparation and continuity of counsel, pursuant to Title 18, United States

13  Code Section 3161(b), (h)(7)(A), (h)(7)(B)(iv), as well as a mutual stipulation to waive time for an

14  indictment or preliminary hearing, pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, up

15  to and including September 4, 2014, based on the need for effective preparation of counsel and

16  continuity of counsel.

17    Finally, as this document references a disposition including cooperation, the parties request that

18  this stipulation and order be filed under seal.

19    **IT SO STIPULATED.**

20

21                                                    MELINDA HAAG
                                                     United States Attorney
22

23  Dated: May 20, 2014

                                         _____/s/_____
24                                        TIMOTHY J. LUCEY
                                         Assistant United States Attorney
25

26  Dated: May 20, 2014
                                         _____/s/_____
                                         EDWIN PRATHER
27                                        Attorney for Defendant
                                         KISHORE PALLAPOTHU
28

STIPULATION AND [~~PROPOSED~~] ORDER
CR 14-70298 PSG                          2

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING** and per the parties' stipulation, the Court enters this order continuing the date for a preliminary hearing or arraignment on an indictment, from Wednesday, May 28, 2014, until Thursday, September 4, 2014, at 8:30 a.m., before the duty magistrate judge, as well as documenting the defendant's waiver of the time to conduct a preliminary hearing under Federal Rule of Criminal Procedure Rule 5, as well as the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 28, 2014, up to and including September 4, 2014.

Finally, as this stipulation and order references cooperation, the document shall be filed under seal pending further order of this Court, except that copies may be provided to the United States and counsel for the defendant.

**IT IS SO ORDERED.**

Dated: 5/23/2014

_____
**HON. NATHANAEL COUSINS**
**U.S. MAGISTRATE JUDGE**

STIPULATION AND [PROPOSED] ORDER
CR 14-70298 PSG                                        3