# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KISHORE PALLAPOTHU,<br><br>　　　　Defendant. | Case No.:  CR 14-70298 PSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

　　　　On March 5, 2013, the U.S. Attorney's Office filed a criminal complaint against defendant Kishore Pallapothu, alleging a violation of 18 U.S.C. § 1505, Obstruction of Justice. The matter was sealed by order of the Court and remains under seal.

　　　　On March 13, 2014, Mr. Pallapothu made an initial appearance before this Court. The Court released Mr. Pallapothu on certain terms and conditions of release including an appearance bond and the standard condition that Mr. Pallapothu not travel outside of the Northern District of California. Mr. Pallapothu has complied with all of the terms and conditions of his pretrial release without incident.

1   Mr. Pallapothu desires to travel outside of the district for the holidays to the District of
2   Nevada and to the Central and Southern Districts of California, from December 19, 2014, to
3   January 5, 2015.  Specifically, Mr. Pallapothu plans on travelling with his family to Las Vegas,
4   Nevada from December 19, 2014 to December 26, 2014, and to Southern California (including
5   San Diego) from December 27, 2014 to January 5, 2015.
6   As such, Mr. Pallapothu, through and by counsel, and the government jointly request
7   and stipulate that Mr. Pallapothu's pretrial release conditions be modified to allow Mr.
8   Pallapothu to travel outside of the Northern District of California with the pre-approval of
9   Pretrial Services on the above schedule.
10   Pretrial Services agrees with this modification.
11  SO STIPULATED:

                                            MELINDA HAAG
12                                          United States Attorney

13

14
    Dated: December 9, 2014                 _____/s/_____
15                                          TIMOTHY LUCEY
                                            Assistant United States Attorney
16

17
    Dated: December 9, 2014                 _____/s/_____
18                                          EDWIN PRATHER
                                            Attorney for Defendant
19                                          KISHORE PALLAPOTHU

20

21

22

23

24

25

JOINT STIPULATION AND [PROPOSED] ORDER RE MODIFICATION
OF PRETRIAL RELEASE CONDITIONS [Case No.: CR 14-70298 PSG]                                    2

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, Mr. Pallaopthu's pretrial release conditions are hereby modified to allow him to travel outside of the Northern District of California, from December 19, 2014, to January 5, 2015, with the pre-approval of Pretrial Services.

IT IS SO ORDERED.

Dated: 12/10/2014

HON. PAUL S. GREWAL
U.S. MAGISTRATE JUDGE