UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KISHORE PALLAPOTHU,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No.: CR 14 - 70298 PSG<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br><br>[UNDER SEAL] |

Defendant Kishore Pallapothu has been charged with a violation of 18 U.S.C. § 1505, Obstruction of Justice, and has been released on terms and conditions including an appearance bond and supervision by Pretrial Services.

This matter is scheduled to come before the Court for preliminary hearing or arraignment on indictment on Friday, April 17, 2015.

Since the last calling of the case, the defense has made additional information available to the government. Additional time is required to receive, review and analyze the discovery. The parties are also continuing to discuss the merits of the underlying investigation relative to a possible disposition of this matter short of indictment and such disposition may include cooperation.

Accordingly, the parties mutually agree and hereby stipulate that a short continuance of this matter from April 17, 2015, until June 29, 2015, is necessary for effective preparation of counsel and for continuity of counsel. The parties further agree and stipulate that the time from April 17, 2015, through

and including June 29, 2015, may be excluded from the computation of time within which an information or indictment shall be filed under the Speedy Trial Act, in order to ensure the reasonable time necessary for effective preparation and continuity of counsel, pursuant to Title 18, United States Code Section 3161(b), (h)(7)(A), (h)(7)(B)(iv), as well as a mutual stipulation to waive time for an indictment or preliminary hearing, pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, up to and including June 29, 2015, based on the need for effective preparation of counsel and continuity of counsel.

Finally, as this document references a disposition including cooperation, the parties request that this stipulation and order be filed under seal.

**IT SO STIPULATED.**

MELINDA HAAG
United States Attorney

Dated: April 16, 2015

_____/s/_____
TIMOTHY J. LUCEY
Assistant United States Attorney

Dated: April 16, 2015

_____/s/_____
EDWIN PRATHER
Attorney for Defendant
KISHORE PALLAPOTHU

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING** and per the parties' stipulation, the Court enters this order continuing the date for a preliminary hearing or arraignment on an indictment, from Friday, April 17, 2015, until Monday, June 29, 2015, before the duty magistrate, as well as documenting the defendant's waiver of the time to conduct a preliminary hearing under Federal Rule of Criminal Procedure Rule 5.1, as well as the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 17, 2015, up to and including June 29, 2015.

Finally, as this stipulation and order references cooperation, the document shall be filed under seal pending further order of this Court, except that copies may be provided to the United States and counsel for the defendant.

**IT IS SO ORDERED.**

Dated: <u>April 16, 2015</u>

*[signature]*
HON. PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE