MIRANDA KANE (CSBN 150630)
KANE+KIMBALL LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 704-1400
Email: mkane@kanekimball.com

Attorney for defendant KISHORE PALLAPOTHU

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>KISHORE PALLAPOTHU et al.,<br><br>Defendants. | Case No. CR. 15-00427 BLF<br><br>**JOINT STIPULATION REQUESTING A STATUS CONFERENCE ON OCTOBER 7, 2019 AT 10:00 A.M.; ORDER** |

The United States of America, by and through Assistant United States Attorney Jeffrey Schenk (collectively, "the government") on the one hand, and Kishore Pallapothu, by and through his counsel of record Miranda Kane, on the other hand, jointly respectfully request that the Court set a status conference for October 7, 2019 at 10:00 a.m..

The status conference is requested for the following reasons:

On July 31, 2019, via a stipulation and proposed order to continue the sentencing (then set for August 27, 2019) in this case, the parties alerted the Court to the fact that an issue had arisen that would require independent counsel to advise Mr. Pallapothu before sentencing proceeded. *See* Dkt. 206. Since that time, Mr. Pallapothu has retained undersigned counsel and

filed a Consent Order Granting Substitution of Attorney to relieve his prior counsel. *See* Dkt. 212. The parties have also worked cooperatively to resolve the issue that required retention of undersigned counsel and have reached a proposed solution that they would like to preview for the Court.

The parties therefore stipulate and agree and respectfully request that the Court set a status conference for October 7, 2019 at 10:00 a.m..

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 25, 2019    /s/_____
JEFFREY SCHENK
Assistant United States Attorney

Dated: September 25, 2019    /s/_____
MIRANDA KANE
Attorney for Kishore Pallapothu

**[PROPOSED] ORDER**

The parties joint request for a status conference on October 7, 2019 at 10:00 a.m. is granted.

**IT IS SO ORDERED.**

DATED: _September 27, 2019_    _____
HON. BETH LABSON FREEMAN
United States District Court

2
**Joint Stipulation Requesting a Status Conference**
*US v. Pallapothu*, et al., CR 15-0427 BLF