MIRANDA KANE (CSBN 150630)
KANE+KIMBALL LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 704-1400
Email: mkane@kanekimball.com

Attorneys for Defendant KISHORE PALLAPOTHU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR. 15-00427 BLF |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING REQUEST TO WITHDRAW GUILTY PLEA |
| KISHORE PALLAPOTHU et al., | |
| Defendants. | |

GOOD CAUSE BEING SHOWN, the Court hereby grants Defendant Pallapothu's request to withdraw his guilty plea entered on April 30, 2019.

IT IS SO ORDERED.

Dated: Nov 12, 2019

HON. BETH LABSON FREEMAN
United States District Court

[PROPOSED] ORDER
[CR-15-427-BLF]